```
         IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII
```

| | |
|---|---|
| SHELLA TAYLOR-YANCY, | CV 24-00166 HG-KJM |
|        Plaintiff, | |
|  vs. | |
| SAM'S CLUB INCORPORATION,<br>TONY ROGERS,<br>ROY GUITERREZ, | |
|        Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 4)

Findings and Recommendation (ECF No. 4) having been filed on April 26, 2024 and served on all parties on April 29, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to: (1) Dismiss the Complaint with Leave to Amend; and (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs", ECF No. 4, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 14, 2024.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge